USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
1738 U LLC,

                      Petitioner,

      -against-

SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 32BJ,

                      Respondent.   X
--------------------------------------------------------------

23-CV-1638 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 27, 2023, Plaintiff filed a petition to vacate an arbitration award issued on or around January 6, 2023, *see* Dkt. 1; and

      WHEREAS on March 30, 2023, Respondent filed an answer and counterclaims against Petitioner seeking, *inter alia*, to confirm the arbitration award, *see* Dkt. 10.

      IT IS HEREBY ORDERED that the parties must meet and confer and, by no later than **April 14, 2023**, propose a briefing schedule for their petitions.

**SO ORDERED.**

Date: **April 6, 2023**
      **New York, New York**

_____
    **VALERIE CAPRONI**
    **United States District Judge**