```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

1738 U LLC,

                    Plaintiff,

      -against-

SERVICE EMPLOYEES INTERNATIONAL UNION
LOCAL 32BJ,

                    Defendant.

------------------------------------------------------------------X

23-CV-01638 (VEC)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Thursday, July 6, 2023, at 2:00 p.m. in in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, June 29, 2023 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

Dated:      April 27, 2023
              New York, New York